# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

FEMALE PORT AUTHORITY OFFICER 47708

*Plaintiff(s)*

v.

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al.

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PORT AUTHORITY OF NEW YORK AND NEW JERSEY:
The Port Authority of New York and New Jersey
4 World Trade Center, 150 Greenwich Street, New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Mure Jr., & Associates
Joseph Mure Jr., Esq
26 Court Street, Suite 2601
Brooklyn, New York 11242
(718)852-9100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

THE UNITED STATES DISTRICT COUT
THE EASTERN DISTRICT OF NEW YOK
---------------------------------------------------------------X
FEMALE PORT AUTHORITY OFFICER 47708

**Plaintiff,**

**Summons in Civil Action**

-against-

Index No.:

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE DEPARTMENT, CHAIRMAN JOHN DEGNAN, VICE CHAIR SCOTT RECHLER, SUPERINTENDENT MICHAEL FEDORKO, POLICE OFFICER MICHAEL TANIS, POLICE OFFICER MATHEW SMITH AND JOHN & JANE DOES 1-15,

**Defendants.**
---------------------------------------------------------------X
To:

**PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE DEPARTMENT:**
The Port Authority of New York and New Jersey
4 World Trade Center, 150 Greenwich Street
New York, NY 10007

**CHAIRMAN JOHN DEGNAN:**
The Port Authority of New York and New Jersey
4 World Trade Center, 150 Greenwich Street
New York, NY 10007

**VICE CHAIR SCOTT RECHLER:**
The Port Authority of New York and New Jersey
4 World Trade Center, 150 Greenwich Street
New York, NY 10007

**SUPERINTENDENT MICHAEL FEDORKO:**
The Port Authority of New York and New Jersey
4 World Trade Center, 150 Greenwich Street
New York, NY 10007

**POLICE OFFICER MICHAELTANIS:**
The Port Authority of New York and New Jersey
4 World Trade Center, 150 Greenwich Street
New York, NY 10007

**POLICE OFFICER MATHEW SMITH:**
The Port Authority of New York and New Jersey
4 World Trade Center, 150 Greenwich Street
New York, NY 10007

**JOHN & JANE DOES 1-15:**
The Port Authority of New York and New Jersey
4 World Trade Center, 150 Greenwich Street
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Joseph Mure Jr., & Associates**
Joseph Mure Jr. Esq.
26 Court Street, Suite 2601
Brooklyn, New York 11242
(718) 852-9100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: