THE UNITED STATES DISTRICT COUT
THE EASTERN DISTRICT OF NEW YOK

---------------------------------------------------------------X

FEMALE PORT AUTHORITY OFFICER 47708

Plaintiff

-against-

Index No.: 15 CIV 6359 (NGG)(VMS)

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE DEPARTMENT, CHAIRMAN JOHN DEGNAN, VICE CHAIR SCOTT RECHLER, SUPERINTENDENT MICHAEL FEDORKO, POLICE OFFICER MICHAEL TANIS, POLICE OFFICER MATHEW SMITH AND JOHN & JANE DOES 1-15,

Defendants.

---------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL *WITHOUT* PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between plaintiff, Female Port Authority Office 47708 ("Plaintiff") and Defendant Vice Chair Scott Rechler, ("Rechler") that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff's claims against Rechler are hereby dismissed *without prejudice* and without any costs against these parties.

By: ______________________
Anthony C. Varbero, Esq.
*Attorneys for the Plaintiff*
JOSEPH MURE JR., & ASSOCIATES
26 Court Street, Suite 2601
Brooklyn, New York 11242
(718) 852-9100

Dated: 1/30/2017

By: ______________________
William B. Wachtel, Esq.
*Attorney for Defendant*
WACHTEL MISSRY
888 Second Avenue
New York, NY 10017
(212) 909-9595

Dated: 1/30/17