UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
FEMALE PORT AUTHORITY OFFICER 47708,

Plaintiff,

JUDGMENT
15-CV-6359 (NGG)

v.

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY, et al.,

Defendants.
---------------------------------------------------------- X

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on July 19, 2018, granting Defendants' motion for summary judgment in full; it is

ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted in full; that judgment is hereby entered in favor of Defendants; and that this case is closed.

Dated: Brooklyn, NY
July 20, 2018

Douglas C. Palmer
Clerk of Court

By: /s/*Jalitza Poveda*
Deputy Clerk